**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6601

MOSES KING,

                 Plaintiff - Appellant,

      v.

JOHN DOES, various DEA Agents; JOHN DOES, various US Marshal
Service Agents,

                 Defendants – Appellees,

      and

JOHN DOE, Deputy; DEA AGENTS; DRUG ENFORCEMENT
ADMINISTRATION; UNITED STATES MARSHAL SERVICE,

                 Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, District Judge.
(6:07-cv-04155-DCN)

Submitted:  July 20, 2009        Decided:  August 19, 2009

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Moses King, Appellant Pro Se.  Beth Drake, Assistant United
States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses King appeals the district court's orders: (1) accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971); and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. King v. John Does, No. 6:07-cv-04155-DCN (D.S.C. Feb. 4 & Feb. 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED